# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KEVIN L. STOUDT,

                Plaintiff,

-vs-                                      Case No. 6:08-cv-1015-Orl-28DAB

C T WINDOWS, INC.,

                Defendant.
_____

## ORDER

This case is before the Court on the Joint Motion for Entry of Order of Dismissal with Prejudice (Doc. No. 25) filed December 12, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 15, 2008 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Entry of Order of Dismissal with Prejudice is **GRANTED**.

    3.    This case is dismissed with prejudice.

    4.    The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___7ᵗʰ___ day of January, 2009.

                                                    JOHN ANTOON II
                                                   United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party